785    In re Shopping Network, Inc., Securities Litigation

| Date | No. | Description |
|---|---|---|
| 88/08/17 | 1 | MOTION, BRIEF, EXHIBITS A - E, SCHEDULE OF ACTIONS (A-1 - A-4), CERT. OF SERVICE -- deft. Merrill Lynch, Pierce, Fenner & Smith -- SUGGESTED TRANSFEREE DISTRICT: M.D. FLORIDA (cds) |
| 88/08/29 | | APPEARANCES (Revised 8/30/88) -- ANDREW F. PUZDER, ESQ. for Gary Williams, et al.; MAX W. BERGER, ESQ. for Burton Rosenfeld, et al., George Lapis and David Steinberg; E. MICHAEL BRADLEY, ESQ. for Merrill Lynch, Pierce, Fenner & Smith, Inc. and Don Kohlenberger; FRANK C. RAZZANO, ESQ. for Home Shopping Network, Inc., Roy M. Speer, Lowell W. Paxson, Franklin J. Chu, Nando Di Fillippo, jr., Harris E. Long and George I. Patterson, Sr. (ds) |
| 88/09/06 | 2 | REQUEST FOR EXTENSION OF TIME TO FILE RESPONSE (to pldg. #1) -- pltfs. Gary Williams, et al. -- GRANTED TO PLAINTIFFS TO AND INCLUDING SEPTEMBER 7, 1988 (ds) |
| 88/09/06 | 3 | MEMORANDUM -- deft. Home Shopping Network, Inc. w/cert. of svc. (ds) |
| 88/09/06 | 4 | RESPONSE -- deft. Home Shopping Network, Inc., w/cert. of svc. (ds) |
| 88/09/07 | 5 | RESPONSE (to Pldg. #1) -- Plaintiffs Gary Williams, et al. w/cert. of svc. (rew) |
| 88/09/13 | 6 | REPLY MEMORANDUM -- deft. Merrill Lynch, Pierce, Fenner & Smith, Inc., w/cert. of svc. (ds) |
| 88/09/15 | 7 | SUPPLEMENTAL INFORMATION (re: A-1) -- filed by Merrill Lynch, Pierce, Fenner & Smith, Inc., w/exhibits A and B and cert. of svc. (ds) |
| 88/10/07 | | HEARING ORDER -- setting motion to transfer for Panel hearing on November 17, 1988 in New Orleans, LA (cds) |
| 88/10/26 | 8 | LETTER -- (Withdraw of Motion, Pldg. #1) -- Merrill Lynch, Pierce, Fenner & Smith, Inc. and Don Kohlenberger -- w/Order and cert. of svc. (rh) |
| 88/10/27 | | ORDER DEEMING MOTION WITHDRAWN AND VACATING THE NOVEMBER 17, 1988 HEARING -- Notified involved clerks, judges, counsel and misc. recipients. (ds) |

JPML Form 1  
Revised: 8/78

DOCKET NO. 785 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Home Shopping Network, Inc., Securities Litigation

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | | | | | | |

Special Transferee Information

DATE CLOSED: 10/27/88

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 785 -- In re Home Shopping Network, Inc., Securities Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Gary Williams, et al. v. Don Kohlenberger, et al. | Cal.,C. Byrne | 88-03027 | | | | |
| A-2 | Burton Rosenfeld, et al. v. Home Shopping Network, Inc., et al. | Fla.,M. Carr | 87-428-Civ-T-13 (A) | | | | |
| A-3 | George Lapis v. Home Shopping Network, Inc., et al. | Fla.,M. Carr | 87-485-Civ-T-13 (C) | | | | |
| A-4 | David Steinberg v. Home Shopping Network, Inc., et al. | Fla.,M. Carr | 87-609-Civ-T-15 (A) | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 785 -- In re Shopping Network, Inc., Securities Litigation

Revised August 30, 1988

GARY WILLIAMS, ET AL. (A-1)
Andrew F. Puzder, Esquire
The Stolar partnership
911 Washington Avenue
St. Louis, Missouri  63101

BURTON ROSENFELD, ET AL. (A-2)
GEORGE LAPIS (A-3)
DAVID STEINBERG (A-4)
Max W. Berger, Esquire
Bernstein, Litowitz, Berger
  & Grossman
1285 Avenue of the Americas
New York, New York   10019

MERILL LYNCH, PIERCE, FENNER
  & SMITH, INC.
DON KOHLENBERGER
E. Michael Bradley, Esquire
Brown & Wood
One World Trade Center
New York, New York   10048

HOME SHOPPING NETWORK, INC.
ROY M. SPEER
LOWELL W. PAXSON
FRANKLIN J. CHU
NANDO DI FILLIPPO, JR.
HARRIS E. LONG
GEORGE I. PATTERSON, SR.
Frank C. Razzano, Esquire
Shea & Gould
1775 Pennsylvania Avenue, N.W.
Suite 700
Washington, D.C.   20006

JPML FORM 3

p. _____

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 785 -- In re Home Shopping Network, Inc., Securities Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Home Shopping Network, Inc. | A-1 A-2 A-3 A-4 |
| Roy M. Speer | A-2 A-3 A-4 |
| Lowell W. Paxson | A-2 A-3 A-4 |
| Franklin J. Chu | A-2 A-3 A-4 |
| Nando Di Fillippo, Jr. | A-2 |
| Robert M. Elliott | A-2 |
| Harris E. Long | A-2 |
| George I. Paterson, Sr. | A-2 |
| Merrill Lynch, Pierce, Fenner & Smith, Inc. | A-1 A-2 A-4 |
| Don Kohlenberger | A-1 |