JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

OCT 27 1988

PATRICIA D.
CLERK OF THE

DOCKET NO. 785

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE HOME SHOPPING NETWORK, INC., SECURITIES LITIGATION

ORDER DEEMING MOTION WITHDRAWN
AND VACATING THE NOVEMBER 17, 1988 HEARING

On August 17, 1988, Merrill Lynch, Pierce, Fenner & Smith Incorporated (Merrill Lynch), a defendant in all actions in this docket, moved the Panel to transfer under 28 U.S.C. §1407 one action pending in the Central District of California to the Middle District of Florida for coordinated or consolidated pretrial proceedings with three actions pending there. Subsequently, the Central District of California action was transferred to the Middle District of Florida under 28 U.S.C. §1404(a), pursuant to an order by Judge W. Matthew Byrne, Jr., filed on October 14, 1988. Merrill Lynch now wishes to withdraw its Section 1407 motion as moot.

IT IS THEREFORE ORDERED that the motion pursuant to 28 U.S.C. §1407 for centralization of actions listed on the attached Schedule A be, and the same hereby is, DEEMED WITHDRAWN as moot.

IT IS FURTHER ORDERED that the Hearing Order and attached Schedule filed on October 7, 1988, as amended on October 20, 1988, be, and the same hereby are, VACATED insofar as they relate to the above-captioned litigation.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

SCHEDULE A

<u>MDL-785 -- IN RE HOME SHOPPING NETWORK, INC., SECURITIES LITIGATION</u>

<u>Central District of California</u>

<u>Gary Williams, et al. v. Don Kohlenberger, et al.</u>, C.A. No. 88-03027

<u>Middle District of Florida</u>

<u>Burton Rosenfeld, et al. v. Home Shopping Network, Inc., et al.</u>, C.A. No. 87-428-Civ-T-13(A)
<u>George Lapis v. Home Shopping Network, Inc., et al.</u>, C.A. No. 87-485-Civ-T-13(C)
<u>David Steinberg v. Home Shopping Network, Inc., et al.</u>, C.A. No. 87-609-Civ-T-15(A)